# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Ryan M. Degillio**<br>     **aka Ryan Matthew Degillio**<br>     **aka Ryan Degillio**<br><br>                    **Debtor** | **BK NO. 19-03837 RNO**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of AmeriHome Mortgage Company, LLC and index same on the master mailing list.

                                                        Respectfully submitted,

                                                   **/s/ James C. Warmbrodt, Esquire**
                                                   James C. Warmbrodt, Esquire
                                                   KML Law Group, P.C.
                                                   BNY Mellon Independence Center
                                                   701 Market Street, Suite 5000
                                                   Philadelphia, PA  19106
                                                   215-627-1322