```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                             Case No. 19-03837-RNO
Ryan M Degillio                                                    Chapter 13
          Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-5          User: PRadginsk          Page 1 of 2          Date Rcvd: Oct 22, 2019
                              Form ID: ntnew341        Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2019.
db             +Ryan M Degillio,    309 Union Street,    Exeter, PA 18643-1019
5244284        +American Express,   PO Box 981537,    El Paso TX 79998-1537
5244286        +Best Buy CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
5244289        +CITICARDS CBNA,    PO Box 6241,   Sioux Falls, SD 57117-6241
5244288        +Chrysler Capital,    PO Box 961245,    Fort Worth TX 76161-0244
5244292        +FNCB,   102 East Drinker Street,    Dunmore, PA 18512-2432
5244293        +JPMCB Card Services,    PO Box 15369,    Wilmington DE 19850-5369
5252843        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 22 2019 19:14:29
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5244282        +E-mail/Text: backoffice@affirm.com Oct 22 2019 19:07:49      Affirm,   650 California St,
                 San Francisco, CA 94108-2716
5244281        +E-mail/Text: backoffice@affirm.com Oct 22 2019 19:07:49      Affirm,   633 Folsom Street,
                 7th Floor,    San Francisco, CA 94107-3618
5244283         E-mail/Text: ally@ebn.phinsolutions.com Oct 22 2019 19:06:50      Ally Financial,
                 PO Box 380901,    Bloomington , MN-554380901
5244287        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 22 2019 19:14:27      Capital One,
                 PO Box 30281,    Salt Lake City UT 84130-0281
5258604         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 22 2019 19:14:39
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,   PO Box 71083,
                 Charlotte, NC  28272-1083
5244290        +E-mail/PDF: creditonebknotifications@resurgent.com Oct 22 2019 19:14:17      Credit One Bank,
                 PO Box 98872,    Las Vegas NV 89193-8872
5244291         E-mail/Text: mrdiscen@discover.com Oct 22 2019 19:06:50      Discover,   PO Box 15316,
                 Wilmington DE 19850
5246330         E-mail/Text: mrdiscen@discover.com Oct 22 2019 19:06:50      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
5257018         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 22 2019 19:14:17      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5244294        +E-mail/PDF: cbp@onemainfinancial.com Oct 22 2019 19:14:40      One Main,   PO Box 1010,
                 Evansville, IN 47706-1010
5244295         E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 19:14:26      PayPal Credit,   PO Box 105658,
                 Atlanta GA 30348-5658
5244296         E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 19:14:26      PayPal Credit,   PO Box 71202,
                 Charlotte NC 28272-1202
5244297        +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 19:14:26      Paypal Credit Bill Me Later,
                 PO Box 5138,    Timonium MD 21094-5138
5244298         E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 19:14:27      Paypal Synch Bank,
                 PO Box 960080,    Orlando FL 32896-0080
5244299        +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 19:14:27      Paypal Synch Bank,   PO Box 5138,
                 Timonium MD 21094-5138
5244300        +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 19:14:27      SYNCB/Lowes,   PO Box 965005,
                 Orlando FL 32896-5005
5244301         E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 19:14:27      SYNCB/Paypal Credit,
                 PO BOX 965005,    Orlando, FL 32896-5005
5244302        +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 19:14:26      SYNCB/SCOREREWARDS SDC,
                 P.O. Box 965005,    Orlando, FL 32896-5005
5244960        +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 19:14:27      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5244303         E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 19:14:28      Synchrony Bank Walmart Dual Card,
                 PO Box 965024,    Orlando FL 32896-5024
5244304        +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 19:14:28      Synchrony Networks,
                 PO Box 965036,    Orlando FL 32896-5036
                                                                                               TOTAL: 22

              ***** BYPASSED RECIPIENTS   (undeliverable, * duplicate) *****
5244285        ##+Amerihome Mortgage Company,    21300 Victory Blvd,   Suite 900,   Woodland Hills, CA 91367-7728
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    Amerihome Mortgage Company, LLC bkgroup@kmllawgroup.com
              John   Fisher    on behalf of Debtor 1 Ryan M Degillio johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ryan M Degillio,
aka Ryan Matthew Degillio, aka Ryan Degillio,

**Debtor 1**

Chapter 13

Case No. 5:19–bk–03837–RNO

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: December 2, 2019 |
| --- | --- |
| | Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes–Barre, PA 18701
(570) 831–2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: PRadginsk, Deputy Clerk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: October 22, 2019

ntnew341 (04/18)