```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 19-03837-RNO
Ryan M Degillio                                                 Chapter 13
       Debtor                  CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke            Page 1 of 2          Date Rcvd: Jan 15, 2020
                            Form ID: ntcnfhrg          Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
db             +Ryan M Degillio,    309 Union Street,    Exeter, PA 18643-1019
5271878        +AmeriHome Mortgage Company, LLC,    c/o Cenlar FSB,    425 Phillips Boulevard,
                Ewing, NJ 08618-1430
5244284        +American Express,    PO Box 981537,    El Paso TX 79998-1537
5266233         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
5244286        +Best Buy CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
5244289        +CITICARDS CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
5244288        +Chrysler Capital,    PO Box 961245,    Fort Worth TX 76161-0244
5271055         Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
5244292        +FNCB,   102 East Drinker Street,    Dunmore, PA 18512-2432
5244293        +JPMCB Card Services,    PO Box 15369,    Wilmington DE 19850-5369
5252843        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 15 2020 21:02:00
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5244282        +E-mail/Text: backoffice@affirm.com Jan 15 2020 20:45:46      Affirm,   650 California St,
                San Francisco, CA 94108-2716
5244281        +E-mail/Text: backoffice@affirm.com Jan 15 2020 20:45:46      Affirm,   633 Folsom Street,
                7th Floor,    San Francisco, CA 94107-3618
5262938         E-mail/Text: ally@ebn.phinsolutions.com Jan 15 2020 20:43:52      Ally Bank Lease Trust,
                PO Box 130424,    Roseville, MN 55113-0004
5244283         E-mail/Text: ally@ebn.phinsolutions.com Jan 15 2020 20:43:52      Ally Financial,
                PO Box 380901,    Bloomington , MN-554380901
5244287        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 15 2020 20:49:22      Capital One,
                PO Box 30281,    Salt Lake City UT 84130-0281
5258604         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 15 2020 20:48:18
                Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
5244290        +E-mail/PDF: creditonebknotifications@resurgent.com Jan 15 2020 20:48:28      Credit One Bank,
                PO Box 98872,    Las Vegas NV 89193-8872
5244291         E-mail/Text: mrdiscen@discover.com Jan 15 2020 20:43:53      Discover,   PO Box 15316,
                Wilmington DE 19850
5246330         E-mail/Text: mrdiscen@discover.com Jan 15 2020 20:43:53      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5266961         E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 15 2020 20:45:03      Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
5257018         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 15 2020 20:48:43      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5244294        +E-mail/PDF: cbp@onemainfinancial.com Jan 15 2020 20:50:02      One Main,    PO Box 1010,
                Evansville, IN 47706-1010
5270828         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 15 2020 20:48:33
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5244295         E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:49:10      PayPal Credit,    PO Box 105658,
                Atlanta GA 30348-5658
5244296         E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:49:11      PayPal Credit,    PO Box 71202,
                Charlotte NC 28272-1202
5244297        +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:50:14      Paypal Credit Bill Me Later,
                PO Box 5138,    Timonium MD 21094-5138
5244298         E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:49:11      Paypal Synch Bank,
                PO Box 960080,    Orlando FL 32896-0080
5244299        +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:49:12      Paypal Synch Bank,    PO Box 5138,
                Timonium MD 21094-5138
5244300        +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:50:14      SYNCB/Lowes,    PO Box 965005,
                Orlando FL 32896-5005
5244301         E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:49:12      SYNCB/Paypal Credit,
                PO BOX 965005,    Orlando, FL 32896-5005
5244302        +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:48:08      SYNCB/SCOREREWARDS SDC,
                P.O. Box 965005,    Orlando, FL 32896-5005
5244960        +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:50:14      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5244303         E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:49:11      Synchrony Bank Walmart Dual Card,
                PO Box 965024,    Orlando FL 32896-5024
5244304        +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:49:11      Synchrony Networks,
                PO Box 965036,    Orlando FL 32896-5036
                                                                                               TOTAL: 25
```

```
District/off: 0314-5           User: AutoDocke          Page 2 of 2              Date Rcvd: Jan 15, 2020
                               Form ID: ntcnfhrg        Total Noticed: 36
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5269715*        +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
5244285       ##+Amerihome Mortgage Company,   21300 Victory Blvd,    Suite 900,    Woodland Hills, CA 91367-7728
                                                                                       TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    Amerihome Mortgage Company, LLC bkgroup@kmllawgroup.com
              John   Fisher    on behalf of Debtor 1 Ryan M Degillio johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Ryan M Degillio,<br>aka Ryan Matthew Degillio, aka Ryan Degillio, | Chapter 13 |
| **Debtor 1** | Case No. 5:19−bk−03837−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **February 26, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom #2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: March 4, 2020<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 15, 2020 |

ntcnfhrg (03/18)