IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RYAN M DEGILLIO : Chapter 13
:
Debtor : Case No. 5:19-bk-03837

PRAECIPE TO WITHDRAW MOTION TO MODIFY CONFIRMED PLAN

TO THE CLERK:

Please withdraw the above-captioned Motion to Modify Confirmed Plan. I have communicated with Agatha McHale, Esquire, who had no objection to withdrawal of the Motion to Modify Confirmed Plan in this case.

Dated: April 25, 2022

LAW OFFICES OF JOHN FISHER, LLC

By: /s/ John Fisher
John Fisher, Esquire
Attorneys for Debtor
126 South Main Street
Pittston, PA 18640
(570) 569-2154; fax (570) 569-2167
fisherlawoffice@yahoo.com