# LOCAL BANKRUPTCY FORM 9013-4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: <br> RYAN M DEGILLIO <br> AKA RYAN MATTHEW DEGILLIO <br> AKA RYAN DEGILLIO <br><br> **Debtor(s)** <br> ALLY FINANCIAL <br><br><br> **Plaintiff(s)/Movant(s)** <br> vs. <br> RYAN M DEGILLIO <br> AKA RYAN MATTHEW DEGILLIO <br> AKA RYAN DEGILLIO <br><br> **Defendant(s)/Respondent(s)** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CHAPTER 13 <br><br> CASE NO. 5-19-bk-03837 <br><br> ADVERSARY NO. __-__-ap-_____ <br> (if applicable) <br><br><br><br> Nature of Proceeding: <br> Motion for Relief from Stay <br><br><br><br><br> Document #: |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Parties are close to having agreed upon a stipulation to settle motion for relief from stay

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 8/15/2022

s/John Fisher, Esq.

Attorney for Ryan M Degillio

Name: John Fisher, Esq.

Phone Number: 570-569-2154

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.