In re:  Case No. 19-03837-MJC
Ryan M Degillio  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 4
Date Rcvd: Jan 03, 2024     Form ID: pdf010     Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryan M Degillio, 309 Union Street, Exeter, PA 18643-1019 |
| cr | + | Lakeview Loan Servicing, LLC enote vesting-- Natio, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 5244285 | + | Amerihome Mortgage Company, 21300 Victory Blvd, Suite 900, Woodland Hills, CA 91367-7728 |
| 5244292 | + | FNCB, 102 East Drinker Street, Dunmore, PA 18512-2432 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 03 2024 18:45:57 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 03 2024 18:45:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5244281 | + | Email/Text: backoffice@affirm.com | Jan 03 2024 18:43:00 | Affirm, 633 Folsom Street, 7th Floor, San Francisco, CA 94107-3618 |
| 5244282 | + | Email/Text: backoffice@affirm.com | Jan 03 2024 18:43:00 | Affirm, 650 California St, San Francisco, CA 94108-2716 |
| 5262938 | | Email/Text: ally@ebn.phinsolutions.com | Jan 03 2024 18:42:00 | Ally Bank Lease Trust, PO Box 130424, Roseville, MN 55113-0004 |
| 5422994 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 03 2024 18:46:00 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5244283 | | Email/Text: ally@ebn.phinsolutions.com | Jan 03 2024 18:42:00 | Ally Financial, PO Box 380901, Bloomington , MN-554380901 |
| 5271878 | + | Email/Text: BKelectronicnotices@cenlar.com | Jan 03 2024 18:43:00 | AmeriHome Mortgage Company, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 5244284 | + | Email/PDF: bncnotices@becket-lee.com | Jan 03 2024 19:13:45 | American Express, PO Box 981537, El Paso TX 79998-1537 |
| 5266233 | | Email/PDF: bncnotices@becket-lee.com | Jan 03 2024 19:13:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5244286 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2024 19:01:56 | Best Buy CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5244289 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2024 19:03:05 | CITICARDS CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5244287 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 03 2024 19:03:05 | Capital One, PO Box 30281, Salt Lake City UT 84130-0281 |
| 5258604 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 03 2024 18:45:57 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 5244288 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 03 2024 18:43:00 | Chrysler Capital, PO Box 961245, Fort Worth TX 76161-0244 |
| 5271055 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2024 19:03:07 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5244290 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 03 2024 19:02:13 | Credit One Bank, PO Box 98872, Las Vegas NV 89193-8872 |
| 5244291 | | Email/Text: mrdiscen@discover.com | Jan 03 2024 18:42:00 | Discover, PO Box 15316, Wilmington DE 19850 |
| 5246330 | | Email/Text: mrdiscen@discover.com | Jan 03 2024 18:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5266961 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 03 2024 18:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5244293 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 03 2024 18:44:30 | JPMCB Card Services, PO Box 15369, Wilmington DE 19850 |
| 5252843 | + | Email/Text: RASEBN@raslg.com | Jan 03 2024 18:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5373110 | | Email/Text: SERVICINGMAILHUB@flagstar.com | Jan 03 2024 18:43:00 | LAKEVIEW LOAN SERVICING, LLC, C/O FLAGSTAR BANK, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5373111 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Jan 03 2024 18:43:00 | LAKEVIEW LOAN SERVICING, LLC, C/O FLAGSTAR BANK, FSB, 5151 Corporate Drive, Troy, MI 48098-2639, LAKEVIEW LOAN SERVICING, LLC, C/O FLAGSTAR BANK, FSB 48098-2639 |
| 5257018 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2024 18:46:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5491144 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 03 2024 18:43:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 5491145 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 03 2024 18:43:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 5244294 | + | Email/PDF: cbp@omf.com | Jan 03 2024 19:01:52 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 5270828 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 03 2024 19:03:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5244295 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2024 19:02:30 | PayPal Credit, PO Box 105658, Atlanta GA 30348-5658 |
| 5244296 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2024 19:02:16 | PayPal Credit, PO Box 71202, Charlotte NC 28272-1202 |
| 5244297 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2024 18:45:13 | Paypal Credit Bill Me Later, PO Box 5138, Timonium MD 21094-5138 |
| 5244299 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2024 19:01:52 | Paypal Synch Bank, PO Box 5138, Timonium MD 21094-5138 |
| 5244298 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2024 18:45:58 | Paypal Synch Bank, PO Box 960080, Orlando FL 32896-0080 |
| 5244300 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2024 18:45:56 | SYNCB/Lowes, PO Box 965005, Orlando FL 32896-5005 |
| 5244301 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2024 19:03:05 | SYNCB/Paypal Credit, PO BOX 965005, Orlando, FL 32896-5005 |
| 5244302 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2024 18:44:31 | SYNCB/SCOREREWARDS SDC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 5244303 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 03 2024 18:45:14 | Synchrony Bank Walmart Dual Card, PO Box 965024, Orlando FL 32896-5024 |
| 5244960 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Jan 03 2024 19:03:05 | Synchrony Bank by AIS InfoSource, LP, as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5244304 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jan 03 2024 18:45:08 | Synchrony Networks, PO Box 965036, Orlando FL 32896-5036 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5269715 | *+ | Synchrony Bank by AIS InfoSource, LP, as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 05, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor Lakeview Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| Brian C Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Amerihome Mortgage Company LLC bkgroup@kmllawgroup.com |
| John Fisher | on behalf of Debtor 1 Ryan M Degillio johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

Regina Cohen
    on behalf of Creditor Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST" or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T.") rcohen@lavin-law.com, mmalone@lavin-law.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: RYAN M. DEGILLIO : Chapter 13
:
Debtor : Case No. 5:19-bk-03837-MJC

## ORDER

Upon consideration of Debtor's Motion to Dismiss the above captioned case having been filed by Debtor, Dkt.# 75 ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED** and the above captioned case is dismissed.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 3, 2024